UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JOHN CARTWRIGHT** <br> DOC #721093 | CIVIL ACTION NO. 5:17-cv-1669 |
| | SECTION P |
| **VERSUS** | JUDGE ELIZABETH E. FOOTE |
| **WARDEN GOODWIN, ET AL** | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE** as frivolous for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion to Transfer [Rec. Doc. 8] and Motion Requesting Legal Help [Rec. Doc. 12] be **DENIED**.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 7th day of May, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE